| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| WESTERN DISTRICT OF NORTH CAROLINA, SHELBY DIVISION |
| Case number *(if known)* _____  Chapter **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy     4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  **Thurman Vassey Trucking, Inc.**

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  **20-2353568**

**4. Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **116 Laren Rd** <br> **Shelby, NC 28152-0763** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Cleveland** | **Location of principal assets, if different from principal place of business** |
| County | |
| | **1803 Sulphur Springs Rd Shelby, NC 28152-8777** |
| | Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)   _____

**6. Type of debtor**
☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor  **Thurman Vassey Trucking, Inc.**  Case number (*if known*) _____
      Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check all that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  - ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

- ■ No.
- ☐ Yes.

If more than 2 cases, attach a separate list.

District _____   When _____   Case number _____
District _____   When _____   Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ■ No
- ☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____   Relationship _____
District _____   When _____   Case number, if known _____

Debtor   **Thurman Vassey Trucking, Inc.**                                             Case number (*if known*)
         Name

**11. Why is the case filed in** *this district?*   *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard?  _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other  _____

**Where is the property?**  _____
                           Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency  _____
         Contact name      _____
         Phone             _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  **Thurman Vassey Trucking, Inc.**                            Case number (*if known*)
      Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **January 2, 2018**
              MM / DD / YYYY

X **/s/ Thurman Moran Vassey, Jr.**                    **Thurman Moran Vassey, Jr.**
Signature of authorized representative of debtor       Printed name

Title **President**

**18. Signature of attorney**

X **/s/ William Gardner**                               Date **January 2, 2018**
Signature of attorney for debtor                        MM / DD / YYYY

**William Gardner**
Printed name

**Gardner Law Offices, PLLC**
Firm name

**320 E Graham St # 1**
**Shelby, NC 28150-5569**
Number, Street, City, State & ZIP Code

Contact phone **(704) 600-6113**     Email address **billgardner@gardnerlawoffices.com**

**32684 NC**
Bar number and State

**United States Bankruptcy Court**
**Western District of North Carolina, Shelby Division**

**IN RE:** Case No. _____

**Thurman Vassey Trucking, Inc.** Chapter **11**

Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| **Dorothy L. Vassey**<br>**116 Laren Rd**<br>**Shelby, NC  28152-0763** | **100** | **Common Stockholder** |

**United States Bankruptcy Court**
**Western District of North Carolina, Shelby Division**

IN RE:                                                                                    Case No. _____

Thurman Vassey Trucking, Inc._____                         Chapter **11** _____
_____Debtor(s)

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certificate of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor the attached notice, as required by § 342(b) of the Bankruptcy Code.

_____                    _____
Printed Name and title, if any, of Bankruptcy Petition Preparer     Social Security number (If the bankruptcy
Address:                                                            petition preparer is not an individual, state
_____                    the Social Security number of the officer,
_____                    principal, responsible person, or partner of
                                                                    the bankruptcy petition preparer.)
X _____                  (Required by 11 U.S.C. § 110.)
Signature of Bankruptcy Petition Preparer of officer, principal, responsible person, or
partner whose Social Security number is provided above.

### Certificate of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Thurman Vassey Trucking, Inc.**_____         X */s/ Thurman Moran Vassey, Jr.*_____        **1/02/2018**
Printed Name(s) of Debtor(s)                                    Signature of Debtor                               Date

Case No. (if known) _____         X _____
                                                       Signature of Joint Debtor (if any)                         Date

**Instructions:** Attach a copy of Form B 201A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

© 2018 CINgroup 1.866.218.1003 – CINcompass — CINcompass (www.cincompass.com)

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Thurman Vassey Trucking, Inc.** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF NORTH CAROLINA, SHELBY DIVISION** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **East Coast Trailer & Equipment Co Inc**<br>**PO Box 5171**<br>**Charlotte, NC**<br>**28299-5171** | **(704) 596-4505** | **Trade debt** | | | | $6,571.89 |
| **Stearns Bank, NA**<br>**PO Box 750**<br>**Albany, MN**<br>**56307-0750** | | **Trade debt** | | $118,500.00 | $105,000.00 | $13,500.00 |

**United States Bankruptcy Court**
**Western District of North Carolina, Shelby Division**

**IN RE:** Case No. _____

**Thurman Vassey Trucking, Inc.** Chapter **11**

Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.

Date: **January 2, 2018**     Signature: */s/ Thurman Moran Vassey, Jr.*
                                         **Thurman Moran Vassey, Jr., President**                                  Debtor

Date: _____     Signature: _____
                                                                                                              Joint Debtor, if any

Thurman Vassey Trucking, Inc.
116 Laren Rd
Shelby, NC  28152-0763

East Coast Trailer & Equipment Co Inc
PO Box 5171
Charlotte, NC  28299-5171

Pinnacle Capital Partners, LLC
PO Box 24986
Seattle, WA  98124-0986

Gardner Law Offices, PLLC
320 E Graham St # 1
Shelby, NC  28150-5569

Financial Pacific Leasing, Inc.
3455 S 344th Way # 300
Federal Way, WA  98001-9546

Stearns Bank, NA
PO Box 750
Albany, MN  56307-0750

IRS
PO Box 7346
Philadelphia, PA  19101-7346

First Partners Bank
2121 Highland Ave S
Birmingham, AL  35205-4001

Thurman Moran Vassey, Jr.
1803 Sulphur Springs Rd
Shelby, NC  28152-8777

NC Department of Revenue
PO Box 1168
Raleigh, NC  27602-1168

FNB Equipment Finance
PO Box 6021
Hermitage, PA  16148-1021

North Carolina Department of Revenue
PO Box 25000
Raleigh, NC  27640-0100

IRS
PO Box 7346
Philadelphia, PA  19101-7346

U.S. Attorney's Office
100 Otis St Rm 207
Asheville, NC  28801-2608

JB&B Capital, LLC
1111 N Northshore Dr # P-270
Knoxville, TN  37919-2801

US Attorney's Office
227 W Trade St Ste 1700
Charlotte, NC  28202-1675

MHC Financial Services, Inc.
PO Box 412582
Kansas City, MO  64141-2582

CIT Bank, NA
1 Cit Dr
Livingston, NJ  07039-5703

NC Department of Revenue
PO Box 1168
Raleigh, NC  27602-1168

Cleveland County Tax Collector
P.O. Box 370
Shelby, NC  28151-0370

NC Dept of Revenue
PO Box 25000
Raleigh, NC  27640-0100

Dorothy L. Vassey
116 Laren Rd
Shelby, NC  28152-0763

Pinnacle Capital Partners, LLC
PO Box 2149
Gig Harbor, WA  98335-4149