# 341 FIRST CREDITOR'S MEETING
## PROCEEDINGS MEMO
### CHAPTER 11

| | |
|---|---|
| DEBTOR: | Thurman Vassey Trucking, Inc. |
| CASE NO. | 18-40013 |
| DATE / TIME: | 03.16.18 / 2:00 p.m. |
| CONTINUED: | |
| FILING DATE: | 01.10.18 |
| APPEARANCES: | |
| PRINCIPAL OFFICER / REPRESENTATIVE: | Thurman Vassey, Jr. , president |
| SWORN / AFFIRMED: | ☒ YES      ☐ NO |
| DEBTOR ATTORNEY: | William S. Gardner |

**AMENDMENTS / ANNOUNCEMENTS:**

none; may amend to add principals' claims for loans to company, and to capture payments w/in 90 days and w/in 1 yr to insiders if such transfers were made

**EMPLOYEES, ETC.:**
**STOCKHOLDERS:**

Dorothy Vassey, 100% shareholder (in attendance)

**DIRECTORS:**

Thurman Vassey, Jr.

**EMPLOYEES:** Number F/T: _____
Number P/T: _____
Key/Insider Employees:

Changes in above prior to filing:

Changes in above subsequent to filing:

**BUSINESS OPERATION/ADMINISTRATIVE REQUIREMENTS:**
Nature of Business:

Trucking / transport

Factors Contributing to Bankruptcy Filing:

liquidity challenges; hope to restructure secured
financing terms

Compliance with Operating Order:

reviewed

Operational Changes Subsequent to Filing:

Plan Formulation:

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
SHELBY DIVISION

IN RE:                                            )
                                                  )  Case No.:       18-40013
THURMAN VASSEY TRUCKING, INC.                     )
                                                  )  Chapter 11
                                                  )
TAX ID #:      20-2353568                         )
                                                  )
_____Debtor._____       )

| ATTORNEY FOR DEBTOR: | William S. Gardner |
|---|---|
| PRESIDING OFFICER: | Shelley K. Abel / Alexandria P. Kenny / Ann V. Dornblazer |
| DATE: | 03.16.18 |

**SECTION 341 APPEARANCE SHEET - CHAPTER 11**

| CREDITOR | REPRESENTATIVE | ADDRESS & PHONE |
|---|---|---|
| None, | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**ITEMS REQUESTED / ADDITIONAL REQUIREMENTS:**

| ITEM | DATE DUE |
|------|----------|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

**CREDITOR / ASSET INFORMATION:**

Secured Creditors: *assets shown as insured values*

| NAME | ASSET | VALUE | CLAIM |
|------|-------|-------|-------|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

Priority Creditors:

| NAME/CLASS | CLAIM | PROPOSED  DISTRIBUTION |
|------------|-------|------------------------|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

Unsecured Creditors:

| NAME/CLASS | CLAIM | PROPOSED  DISTRIBUTION |
|------------|-------|------------------------|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

**OTHER ASSETS:**  (Real Property, Accounts, Vehicles, Equipment, Inventory, AIR, Contracts, Leases):

|  |
|--|
|  |

**POST PETITION PAYMENTS/CREDIT ARRANGEMENTS:**

Cash Collateral/Post Petition Financing:

Taxes:

Operating Debt:

Secured Debt:

**COMMENTS:**

_____
Presiding Officer