# United States Bankruptcy Court
## Western District of North Carolina

## MONTHLY STATUS REPORT FOR <u>SMALL BUSINESS DEBTORS</u>*

IN RE:    **THURMAN VASSEY TRUCKING, INC.**

CASE NO:    **18-40013**

Reporting Period:    _February 2018_

    FROM:    _Feb 1 2018 –_

    TO:    _Feb 28 2018_

I certify under penalty of perjury that the information contained in the attached Monthly Status Report consisting of _____ pages (including exhibits and attachments) is true and correct to the best of my knowledge and belief.

Dated: _5-11-2018_      _[signature]_
                             Debtor Representative

I certify that I have reviewed the information contained in the attached Monthly Status Report consisting of _____ pages and based on my knowledge of this case and the debtor's financial and business affairs, this Monthly Status Report is accurate, complete, and does not contain any misrepresentation of which I am aware. I further certify that this report has been served on all parties as required by law or court order.

Dated: _5-11-2018_      _[signature]_
                             Attorney for Debtor

NARRATIVE ON PROGRESS OF CASE: (Include information detailing the Debtor's progress in formulating a Disclosure Statement and Plan and in confirmation including any special circumstances or difficulties.)

_-Sec Attacht_

Narrative on Progress of the Case – Attachment to February 2018 Monthly Status Report

       The debtor has opened a separate DIP account last month and has begun the process of working with secured creditors to provide AP payments and work on possible chapter 11 plan terms.  The debtor has also decided to surrender a piece of equipment that has been a drain on the business due to frequent repair bills and also due to the payment being high as well.   The debtor has filed their schedules and will hold the 341 meeting.  Meanwhile, the debtor continues to operate at full speed to increase cash reserves.

*Completion of this form incorporates and satisfies the requirements of Official Form B25C.

**QUESTIONNAIRE:** (All questions to be answered on behalf of the debtor.)

|  |  | Yes | No |
|---|---|---|---|
| 1.) | Is the business still operating? | [✓] | [ ] |
| 2.) | Has the Debtor paid all its bills on time this month? | [✓] | [ ] |
| 3.) | Did the Debtor pay its employees on time? | [✓] | [ ] |
| 4.) | Has the Debtor deposited all the receipts for its business into the DIP account this month? | [✓] | [ ] |
| 5.) | Has the Debtor filed all of its tax returns and paid all of its taxes this month? | [✓] | [ ] |
| 6.) | Has the Debtor timely filed all other required government filings? | [✓] | [ ] |
| 7.) | Has the Debtor paid all of its insurance premiums this month? | [✓] | [ ] |
| 8.) | Does the Debtor plan to continue to operate the business next month? | [✓] | [ ] |
| 9.) | Is the Debtor current on its quarterly fee payment to the Clerk of Bankruptcy Court? | [✓] | [ ] |
| 10.) | Has the Debtor paid anything to its attorney or other professionals this month? | [ ] | [✓] |
| 11.) | Did the Debtor have any unusual or significant unanticipated expenses this month? | [ ] | [✓] |
| 12.) | Has the business sold any goods or provided services or transferred any assets to any business related to the DIP in any way? | [ ] | [✓] |
| 13.) | Does the Debtor have any bank accounts open other than the DIP account(s)? | [ ] | [✓] |
| 14.) | Has the Debtor sold any assets other than inventory this month? | [ ] | [✓] |
| 15.) | Did any insurance company cancel the Debtor's policy this month? | [ ] | [✓] |
| 16.) | Has the Debtor borrowed money from anyone this month? | [ ] | [✓] |
| 17.) | Has anyone made an investment in the Debtor's business this month? | [ ] | [✓] |
| 18.) | Has the Debtor paid any bills the Debtor owed before the Debtor filed bankruptcy? | [ ] | [✓] |

## CASH RECEIPTS AND DISBURSEMENTS

**BEGINNING CASH POSITION** is the same figure as the **ENDING CASH POSITION** of prior month.

**BEGINNING CASH POSITION**   SEE ATRCHMENT

DATE: _Fe1 2a8_          AMOUNT: $ _5,002.82_

| CASH RECEIPTS | AMOUNT | CASH DISBURSEMENTS | AMOUNT |
|---|---|---|---|
| **Description** | | **Description** | |
| | | Inventory Purchased | |
| | | Salaries/Wages | |
| | | Taxes (Total) | |
| | | Insurance (Total) | |
| | | Unsecured Loan Payments | |
| | | Secured Loan Payments | |
| | | Utilities (Total) | |
| | | Rent and/or Mortgage | |
| | | Professional Fees | |
| | | Maintenance/Repair | |
| | | **OTHER DISBURSEMENTS (List)** | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **TOTAL CASH RECEIPTS** | | **TOTAL DISBURSEMENTS** | |

**ENDING CASH POSITION**

DATE: _M 28 2018_          AMOUNT: $ _10,075.22_

February 2018 – Monthly Status Report Attachment for CASH RECIPETS AND DISBURSEMENTS

**Beginning Case Position**:                    $5,002.82

**Cash Receipts**

KAO Transport Fees                              $30,330.50

Prof. Food Transport Fees                       $8,939.25

Misc Transport Fees                             $2,610.09

TOTAL:                                          $41,879.84

**Cash Disbursement**

Salaries/Wages/Contract Payments                $14,696.71

Taxes                                           $2,184.94

Insurance                                       $7,895.87

Utilities (Cell Phone)                          $852.29

Fuel/Gas Card                                   $7,788.00

Repairs/Truck Operating Costs                   $2,264.35

Truck Stop Expenses                             $90.00

Pre Paid Toll Pass                              $202.00

DMV Virginia                                    $79.00

Sharon view Expense Card                        $773.00

TOTAL                                           $36,826.16

# PAYMENTS TO SECURED CREDITORS

____ No Secured Debt

__✓__ No Secured Debt Payments Made During Reporting Period

____ All Secured Debt Payments Made During Reporting Period Are Listed Below:

| CREDITOR | COLLATERAL | DATE OF PAYMENT | AMOUNT |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  | AMOUNT | $ |

# PAYMENTS ON PRE-PETITION DEBT

__✓__ No payments have been made on pre-petition unsecured debt during the reporting period.

____ All payments made on pre-petition unsecured debt during reporting period are listed below:

| CREDITOR | COLLATERAL | DATE OF PAYMENT | AMOUNT |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  | AMOUNT | $ |

# SALARY/COMMISSION/INDEPENDENT CONTRACTOR PAYMENTS

Insiders* (List name(s) and describe type of insider):

| NAME | TYPE | AMOUNT PAID |
|---|---|---|
| Dorthy Vassey | Owner | $ 2,383.10 |
| Thomas Vassey Jr. | Owner/officer | $ 5,276.10 |
|  |  | $ |
|  |  | $ |
|  |  | $ |

## Non-Insider Employees
Type (i.e., Salaried, Wage)

|  | AMOUNT PAID |
|---|---|
| Tommy Syman | $ 5,906.42 |
| William Chambers | $ 1,130.39 |
|  | $ |
|  | $ |

## Commission/Bonus Payments:

|  |
|---|
| $ |
| $ |
| $ |
| $ |

## Independent Contractors:

| NAME | TYPE | AMOUNT PAID |
|---|---|---|
|  |  | $ |
|  |  | $ |
|  |  | $ |
|  |  | $ |

Total Salary/Wage/Commission/ Payments    $ 14,696.01

* "Insider" is defined in 11U.S.C. Sec101(31)

## SALES/ACCOUNTS RECEIVABLE

I.   Accounts Receivable Pending As of: _____ *N/A* _____
                                      (Date of Reporting Period)

II.  Sales (gross) During Reporting Period:   $ _____ *N/A* _____

III. Collections of Accounts Receivable
     During Reporting Period:                 $ _____ *N/A* _____

IV.  New Accounts Receivables Generated
     During Reporting Period:                 $ _____ *N/A* _____

| Pending Pre & Post Petition | Total | Collectible | Uncollectible |
|---|---|---|---|
| 0-30 DAYS | $ | $ | $ |
| 31-60 DAYS | $ | $ | $ |
| 61-90 DAYS | $ | $ | $ |
| 91-120 DAYS | $ | $ | $ |
| 120 DAYS AND OVER | $ | $ | $ |
| TOTAL | $ | $ | $ |

## INVENTORY (Cost Basis)

Beginning Date: _____      Ending Date: _____

### LIST BY CATEGORY OF INVENTORY USED FOR PRODUCTION OR RESALE*:

| CATEGORY | BEGINNING | USED | ADDED | ADJUSTED | ENDING |
|---|---|---|---|---|---|
|  | $ | $ | $ | $ | $ |
|  | $ | $ | $ | $ | $ |
|  | $ | $ | $ | $ | $ |
|  | $ | $ | $ | $ | $ |
|  | $ | $ | $ | $ | $ |
| TOTALS | $ | $ | $ | $ | $ |

* Exclude capital items such as machinery and equipment and consumable items such as fuel and general supplies

## ACCRUED POST-PETITION LIABILITIES

✓ No accrued liabilities existed at the end of this reporting period.

_____ All accrued liabilities existing at the end of this reporting period are listed below or on the sheet(s) attached. Exclude current liabilities which are NOT past due.

| NAME OF CREDITOR | DUE DATE | AMOUNT DUE |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

Total Accrued Liabilities                              $ _____

# PROJECTIONS

Compare the Debtor's actual income and expenses to the most recent projections.

Date of projections: _____ None _____

|  | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | | | |
| EXPENSES | | | |
| CASH PROFIT | | | |

TOTAL PROJECTED INCOME FOR THE NEXT MONTH:                $ _____

TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH:            $ _____

TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH:        $ _____

# PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

Professional Fees Relating to the Bankruptcy Case Paid During This Reporting Period? $ T/B/D

Total Professional Fees Relating to the Bankruptcy Case Paid Since the Filing of the Case? $ _____

*NON-BANKRUPTCY RELATED*

Professional Fees Relating to the Bankruptcy Case Paid During This Reporting Period? $ None

Total Professional Fees Relating to the Bankruptcy Case Paid Since the Filing of the Case? $ None

# BANK ACCOUNTS

> ALL BANK STATEMENTS MUST BE ATTACHED
>
> FOR EACH ACCOUNT.  PLEASE REPRODUCE THIS PAGE
>
> AND COMPLETE A SEPARATE PAGE FOR EACH ACCOUNT.
>
> ATTACH BANK STATEMENT TO CORRESPONDING PAGE.

Name of Bank: _Fidelity Bank_

Address: _PO Box 996_

Street and/or P. O. Box Number

_Fuquay Varina_        _NC_    _27526_

City                           State        Zip Code

Type of Account:
(i.e., Payroll, Tax, Operating): _Operating / Basic Business_

Account Number (Last 4 digits only): _4404_
**Only the last 4 digits of the account number should appear on the attached
bank statements.**

DATE PERIOD BEGINS: _Feb 1 2018_

Ending Balance (per the attached
bank statement for this period)        $ _10,095.22_

Outstanding Deposits and Other
Credits Not On Statement        $ _- 0 -_

Outstanding Checks and Other
Debits Not On Statement        $ _- 0 -_

Ending Reconciled Balance*        $ _10,095.22_

DATE PERIOD ENDS: _Feb 28 2018_

Highest Daily Balance
During Above Period        $ _20,520.91_

*The sum of the ending balances of all accounts must reconcile with the Ending Cash Position on the Cash    Receipts
and Disbursements page.

# AFFIRMATIONS



1.   Yes _____  No _____   All tangible assets of this bankruptcy estate are adequately and properly insured and all other insurance required by law or prudent business judgment are in force.

2.   Yes _____  No _____   All insurance policies and renewals if applicable, have been submitted to the Bankruptcy Administrator.

3.   Yes _____  No _____   All tax returns have been filed timely and payments made. Copies of returns have been filed post-petition have been submitted to the Bankruptcy Administrator.

4.   Yes _____  No* _____   All post-petition taxes have been paid or deposited into a designated tax account.

5.   Yes _____  No _____   New Debtor-In-Possession (DIP) bank accounts have been opened and have been reconciled.

6.   Yes _____  No _____   New DIP financial books and records have been opened and are being maintained monthly and are current.


\*     If the response is "no", a listing must appear on the Accrued Post-Petition Liabilities sheet. The listing must include the name of the taxing authority, type of tax, the amount due and the period the tax was incurred.

# Fidelity Bank
*Right By You.*

P.O Box 996
Fuquay-Varina, NC 27526-0996
www.fidelitybanknc.com
1-855-547-1385

| Your Account(s) At A Glance | |
|---|---|
| **Basic Business Checking** | |
| **Balance** | **10,075.22+** |

THURMAN VASSEY TRUCKING INC
DEBTOR IN POSSESSION
116 LAREN RD
SHELBY NC 28152

Statement Period:    February 1, 2018 Through February 28, 2018        Account Number:    ⬛⬛⬛⬛4404

## Basic Business Checking

Account Number:    ⬛⬛⬛4404                    Enclosures In Statement:   0

| **Beginning Balance** | | 5,002.82+ | **Statement Period Days** | 28 |
|---|---|---|---|---|
| 1 | Deposits | 2,610.09+ | | |
| 6 | Other Credits | 39,269.75+ | | |
| 27 | Checks | 27,406.85- | | |
| 8 | Other Debits | 9,400.59- | | |

| **Ending Balance** | 10,075.22+ |
|---|---|

## Deposits To Your Account

| Date | Description | Amount |
|---|---|---|
| 02-07 | Deposit | 2,610.09 |
| | Total | 2,610.09 |

## Other Credits And Interest To Your Account

| Date | Description | | Amount |
|---|---|---|---|
| 02-06 | ACH Deposit | KAO SPECIALTIES AP PAYMENT 0067130188 | 9,480.00 |
| 02-07 | ACH Deposit | PERF. FOOD GROUP PAYMENT | 5,959.50 |
| 02-13 | ACH Deposit | KAO SPECIALTIES AP PAYMENT 0067130188 | 5,820.00 |
| 02-20 | ACH Deposit | KAO SPECIALTIES AP PAYMENT 0067130188 | 10,196.50 |
| 02-21 | ACH Deposit | PERF. FOOD GROUP PAYMENT | 2,979.75 |
| 02-27 | ACH Deposit | KAO SPECIALTIES AP PAYMENT 0067130188 | 4,834.00 |
| | Total | | 39,269.75 |

## Checks Paid From Your Account

| Check No. | Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1030 | 02/16 | 1,599.60 | 1050 | 02/12 | 1,017.54 | 1060* | 02/16 | 1,993.00 |
| 1041* | 02/06 | 274.00 | 1051 | 02/14 | 6,295.09 | 1061 | 02/21 | 1,082.21 |
| 1043* | 02/07 | 68.00 | 1052 | 02/14 | 852.29 | 1062 | 02/26 | 1,600.87 |
| 1044 | 02/08 | 5.15 | 1053 | 02/13 | 1,130.59 | 1063 | 02/22 | 1,040.17 |
| 1045 | 02/08 | 1,063.80 | 1054 | 02/13 | 1,056.28 | 1064 | 02/28 | 783.50 |
| 1046 | 02/08 | 961.75 | 1055 | 02/13 | 1,439.00 | 1065 | 02/23 | 206.64 |
| 1047 | 02/12 | 84.00 | 1056 | 02/22 | 15.20 | 1068* | 02/27 | 1,265.13 |
| 1048 | 02/08 | 370.97 | 1057 | 02/21 | 178.00 | 1069 | 02/26 | 1,951.07 |
| 1049 | 02/16 | 79.00 | 1058 | 02/20 | 221.00 | 1071* | 02/28 | 773.00 |

*Prior Check Number(s) Not Included or Out of Sequence.


Fidelity Bank
Right By You.

## FOLLOW THESE EASY STEPS TO BALANCE YOUR CHECKING ACCOUNT

1. Write there the ending balance shown on the front of this statement.
2. Add deposits not credited in this statement. (Use table A.)
3. Total of lines 1 and 2.
4. Checks and other debits outstanding not charged to your account. (Use table B.)
5. Subtract line 4 from line 3. This should be your current checkbook balance.

Note: If your statement does not balance, please check to be sure you have entered in your check register all automatic transactions (service charges, advances, payments, drafts etc.) shown on the front of your statement. Please notify the Bank promptly of any discrepancy in your account statement.

| | |
|---|---|
| 1 | $ |
| 2 | + $ |
| 3 | = $ |
| 4 | - $ |
| 5 | = $ |

| A. Deposits/Credits | |
|---|---|
| Date | Amount |
| | |
| | |
| | |
| | |
| Total Amount | |

| B. Outstanding Checks/Debits | |
|---|---|
| Number | Amount |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| Total Amount | |

**How to compute Interest Charges on Your Line of Credit.**      We figure the interest charge on your account by applying the periodic rate to your "average daily balance" (including current transactions). To get the "average daily balance," we first determine the daily balance of your Account each day. We take the beginning balance of your account each day, add any new advances and charges, and subtract any new payments or credits. These calculations give us the daily balance. Then, we add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "average daily balance." Next, we multiply the "average daily balance" by the daily periodic rate applicable to your account. The daily periodic rate is determined by dividing the Annual Percentage Rate by 365. That results is then multiplied by the number of days in the billing cycle to obtain the monthly interest charge. Automatic payment debits are posted to your account after your "average daily balance" is calculated. Interest charges and any credit insurance premiums that accrue during each billing cycle are added to the balance of your account on the last day of the billing cycle prior to the calculation of your minimum payment.

**Variable Rate.** Unless the terms of your revolving line of credit specify that the rate is fixed, your daily periodic rate and Annual Percentage Rate are variable rates subject to change each month.

**What To Do If You Think You Find A Mistake On Your Statement (Consumer Accounts Only)**      If you think there is an error on your statement, write to us at the address shown on page one of your statement. In your letter, give us the following information: (1) *Account information:* Your name and account number. (2) *Dollar amount:* The dollar amount of the suspected error. (3) *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake. You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors *in writing.* You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true: (1) We cannot try to collect the amount in question, or report you as delinquent on that amount; (2) The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount; (3) While you do not have to pay the amount in question, you are responsible for the remainder of your balance; (4) We can apply any unpaid amount against your credit limit.

*Special rule for credit card access to equity line of credit.*      This section applies if you can access your equity line of credit with a credit card. If you have a problem with the quality of goods or services that you purchased with a credit card, and you have tried in good faith to correct the problem with the merchant, you may not have to pay the ramianing amount due on the goods or services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address. If we own or operate the merchant, or if we mailed you the advertisement for the property or services, all purchases are covered regardless of amount or location of purchase.

**Credit History Errors.** If you believe we have inaccurately reported information about your account history to a consumer reporting agency, please notify us in writing at the Bank address stated on page one of your statement.

**Prompt Crediting of Payments.** To receive credit for a payment on the date we receive the payment, we must receive your payment prior to 5:00 p.m. on a Bank business day (any day except Saturday, Sunday or a bank holiday). If paying at a branch or by mail, then payments must include the payment coupon. In addition, if paying by mail, payment must be mailed to the specific address furnished by the Bank. Payments received at any of our ATMs; payments received on a business day after 5:00 p.m.; payments received at a branch or by mail without a coupon; and, payments received on a day that is not a Bank business day, will be credited to your account no later than the next Bank business day.

**Preauthorized Deposits.** If direct deposits are made to your account at least every 60 days by the same person or entity, you can call us at the telephone number shown on page one of your statement to find out whether the deposit has been made.

**In Case of Errors or Questions About Your Electronic Transfers (Consumer Accounts Only).**      If you think your statement or receipt is wrong or if you need more information about a transfer on a statement or receipt, telephone or write us as soon as you can at the telephone number or address which appears on page one of your statement. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You must: (1) tell us your name and account number; (2) describe the error or the transfer you are unsure about (including the date it occurred); and explain as clearly as you can why you believe it is in error or why you need more information; and (3) tell us the dollar amount of the suspected error. We will investigate your complaint and correct any error promptly. We may take up to 45 days to complete our investigation (90 days for transfers initiated outside the U.S. or resulting from point-of-sale debit-card transactions). If we take more than 10 business days (5 days for certain Visa® Check Card transactions; 20 days for certain new accounts), we will recredit your account for the amount you think is in error so that you will have the use of the money during the time it takes to complete our investigation.

**Credit Limit.** When you make a payment on your account, we may, at our option, delay advancing additional funds from your line of credit in reliance on that payment until we confirm that your payment has been fully and finally collected. If we placed a hold on a credited payment pending our final determination of collectability, the "Available Credit" amount on the front page of this statement will not reflect this payment and funds in the amount of the hold will **not** be available to you for subsequent advances until we confirm that your payment has been fully and finally collected.



Direct Inquiries To: Fidelity Bank - P.O. Box 8 Fuquay-Varina, NC 27526 - 1-855-547-1385                Member FDIC

Statement Period:   February 1, 2018 Through February 28, 2018          Account Number: ████4404

## Other Debits To Your Account

| Date | Description | Amount |
|------|-------------|--------|
| 02-02 | ACH Payment FLEET TECH TRANS Cash Con 791000 | 2,189.50 |
| 02-12 | ACH Payment FLEET TECH TRANS Cash Con 791000 | 2,907.73 |
| 02-15 | ACH Payment IRS USATAXPYMT 220844642485814 | 1,238.84 |
| 02-20 | ACH Payment FLEET TECH TRANS Cash Con 791000 | 1,204.38 |
| 02-26 | ACH Payment IRS USATAXPYMT 270845713451876 | 10.18 |
| 02-26 | ACH Payment IRS USATAXPYMT 270845795175017 | 273.57 |
| 02-27 | ACH Payment TRUCKSTOP.COM SOFTWARE 800-203-2540 | 90.00 |
| 02-27 | ACH Payment FLEET TECH TRANS Cash Con 791000 | 1,486.39 |
| | Total                *Fuel Card* | 9,400.59 |

| Overdraft and Return Item Fees | Total Statement Cycle | Total Year-to-Date |
|--------------------------------|-----------------------|--------------------|
| Total Overdraft Fees | 0.00 | 35.00 |
| Total Return Item Fees | 0.00 | 0.00 |

## Daily Balance Summary

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|------|---------|
| 02/01 | 5,002.82+ | 02/12 | 14,109.97+ | 02/20 | 13,017.40+ | 02/27 | 11,631.72+ |
| 02/02 | 2,813.32+ | 02/13 | 16,304.10+ | 02/21 | 14,736.94+ | 02/28 | 10,075.22+ |
| 02/06 | 12,019.32+ | 02/14 | 9,156.72+ | 02/22 | 13,681.57+ | | |
| 02/07 | 20,520.91+ | 02/15 | 7,917.88+ | 02/23 | 13,474.93+ | | |
| 02/08 | 18,119.24+ | 02/16 | 4,246.28+ | 02/26 | 9,639.24+ | | |

This page intentionally left blank.

Statement Period:   February 1, 2018 Through February 28, 2018

Account Number: ▮▮▮▮4404

---

**1030  $1,599.60  - 2/16/2018**



THURMAN VASSEY TRUCKING INC
116 LAREN RD
SHELBY, NC 28152

1030

DATE 1-12-2018

PAY TO THE ORDER OF Dorothy L. Vassey                $ 1,599.60
Fifteen Hundred Ninety Nine and 60/100          DOLLARS

Fidelity Bank

FOR _____

Thomas M. Vassey

---

**1041  $274.00  - 2/6/2018**



THURMAN VASSEY TRUCKING INC
116 LAREN RD
SHELBY, NC 28152

1041

DATE 1-30-2018

PAY TO THE ORDER OF North Carolina Department of Revenue     $ 274.00
Two hundred seventy four dollars and 00/100          DOLLARS

Fidelity Bank

FOR I.D.# 600578794

---

**1043  $68.00  - 2/7/2018**



THURMAN VASSEY TRUCKING INC
116 LAREN RD
SHELBY, NC 28152

1043

DATE 1-31-2018

PAY TO THE ORDER OF NC Dept of Revenue          $ 68.00
Sixty-eight and 00/100          DOLLARS

Fidelity Bank

FOR _____

---

**1044  $5.15  - 2/8/2018**



THURMAN VASSEY TRUCKING INC
116 LAREN RD
SHELBY, NC 28152

1044

DATE 1-31-2018

PAY TO THE ORDER OF Division of Employment Security     $ 5.15
Five and 15/100          DOLLARS

Fidelity Bank

FOR _____

---

**1045  $1,063.80  - 2/8/2018**



THURMAN VASSEY TRUCKING INC
116 LAREN RD
SHELBY, NC 28152

1045

DATE 2-2-2018

PAY TO THE ORDER OF Tommy Spivrion          $ 1,063.80
One thousand sixty three dollars and 80/100          DOLLARS

Fidelity Bank

FOR 1800 _____

---

**1046  $961.75  - 2/8/2018**



THURMAN VASSEY TRUCKING INC
116 LAREN RD
SHELBY, NC 28152

1046

DATE 2-6-2018

PAY TO THE ORDER OF Thurman M. Vassey Jr          $ 961.75
Nine hundred sixty one dollars and 75/100          DOLLARS

Fidelity Bank

FOR 120000 Miles

---

**1047  $84.00  - 2/12/2018**



THURMAN VASSEY TRUCKING INC
116 LAREN RD
SHELBY, NC 28152

1047

DATE 2-7-2018

PAY TO THE ORDER OF Prepass          $ 84.00
Eighty four dollars and 00/100          DOLLARS

Fidelity Bank

FOR _____

---

**1048  $370.97  - 2/8/2018**



THURMAN VASSEY TRUCKING INC
116 LAREN RD
SHELBY, NC 28152

1048

DATE 2-7-2018

PAY TO THE ORDER OF Thurman Vassey Jr          $ 370.97
Three hundred seventy dollars and 97/100          DOLLARS

Fidelity Bank

FOR fuel transfer (tax)

---

**1049  $79.00  - 2/16/2018**



THURMAN VASSEY TRUCKING INC
116 LAREN RD
SHELBY, NC 28152

1049

DATE 2-7-2018

PAY TO THE ORDER OF Virginia Department of Motor Vehicles     $ 79.00
Seventy nine dollars and 00/100          DOLLARS

Fidelity Bank

FOR _____

---

**1050  $1,017.54  - 2/12/2018**



THURMAN VASSEY TRUCKING INC
116 LAREN RD
SHELBY, NC 28152

1050

DATE 2-7-2018

PAY TO THE ORDER OF Carolina Independent Truckers Service, Inc     $ 1,017.54
One thousand seventeen dollars and 54/100          DOLLARS

Fidelity Bank

FOR _____

---

Statement Period:    February 1, 2018 Through February 28, 2018                    Account Number:    ████4404



Statement Period:    February 1, 2018 Through February 28, 2018          Account Number: ███████4404

---

**1062    $1,600.87    - 2/26/2018**



THURMAN VASSEY TRUCKING INC
116 LAREN RD
SHELBY, NC 28152
1062
DATE 2-19-2018
PAY TO THE ORDER OF Premium Assignment Corporation    $ 1,600.87
One thousand six hundred dollars and 87/100    DOLLARS
Fidelity Bank
FOR loan# 18389-160
Jenssey

**1063    $1,040.17    - 2/22/2018**



THURMAN VASSEY TRUCKING INC
116 LAREN RD
SHELBY, NC 28152
1063
DATE 2-20-2018
PAY TO THE ORDER OF MHC Kenworth    $ 1,040.17
One thousand forty & 17/100    DOLLARS
Fidelity Bank
FOR 3230950 /AR53155178
Thomas M Vassey

**1064    $783.50    - 2/28/2018**



THURMAN VASSEY TRUCKING INC
116 LAREN RD
SHELBY, NC 28152
1064
DATE 2-21-2018
PAY TO THE ORDER OF Dorothy L. Vassey    $ 783.50
Seven hundred eighty three dollars and 50/100    DOLLARS
Fidelity Bank
FOR
Jenssey

**1065    $206.64    - 2/23/2018**



THURMAN VASSEY TRUCKING INC
116 LAREN RD
SHELBY, NC 28152
1065
DATE 2-21-2018
PAY TO THE ORDER OF MHC    $ 206.64
Two hundred six dollars and 64/100    DOLLARS
Fidelity Bank
FOR 704-466-9874
597315
Jenssey

**1068    $1,265.13    - 2/27/2018**



THURMAN VASSEY TRUCKING INC
116 LAREN RD
SHELBY, NC 28152
1068
DATE 2-23-2018
PAY TO THE ORDER OF Tommy Sigmon    $ 1,265.13
One thousand two hundred sixty five dollars and 13/100    DOLLARS
Fidelity Bank
FOR 18912
Jenssey

**1069    $1,951.07    - 2/26/2018**



THURMAN VASSEY TRUCKING INC
116 LAREN RD
SHELBY, NC 28152
1069
DATE 2-23-2018
PAY TO THE ORDER OF Thurman M. Vassey Jr    $ 1,951.07
One hundred nine hundred fifty one dollars and 07/100    DOLLARS
Fidelity Bank
FOR 18911 NC Oklowater trail New Jersey
Jenssey

**1071    $773.00    - 2/28/2018**



THURMAN VASSEY TRUCKING INC
116 LAREN RD
SHELBY, NC 28152
1071
DATE 2-27-2018
PAY TO THE ORDER OF Sharonview Credit Union    $ 773.00
Seven hundred seventy three and 00/100    DOLLARS
Fidelity Bank
FOR
Thomas M Vassey