**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**SHELBY DIVISION**

**IN THE MATTER OF:**

| | | |
|---|---|---|
| **NAME:** | **ROBINSON HOSIERY MILL, INC.** | **CHAPTER 11 NO. 17-40055** |
| | | **OUR FILE NO. 14150** |
| **ADDRESS:** | P.O. BOX 730 | |
| | VALDESE, NC 28690-0730 | |
| **EIN:** | 56-1137930 | |

**DEBTOR.**

_____

## CHAPTER 11 REPORT OF SALE

| | |
|---|---|
| Order Approving Sale of All Assets and Business: | May 5, 2017 |
| Check Received: | June 16, 2017 |
| Total Sales Amount: | $124,800.00 |
| Funds Paid to IRs: | $120,300.00 |
| Funds Paid to William S. Gardner | $3,120.00 |
| Funds Still in Trust to Be paid for Quarterly Fees | $0 |

This the 10th day of August 2018.

*[signature]*

_____
William S. Gardner
Gardner Law Offices, PLLC
Attorney for the Debtor
320-1 E. Graham Street
Shelby, NC 28150
N.C. State Bar No. 32684
(704) 600-6113/Fax (888) 870-1644
e-mail: billgardner@gardnerlawoffices.com