**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
SHELBY DIVISION**

IN THE MATTER OF:

NAME:    THURMAN VASSEY TRUCKING, INC.    CHAPTER 11 NO. 18-40013

ADDRESS:    116 LAREN RD
SHELBY, NC 28152-0763

EIN:    20-2353568

DEBTOR(S).

---

**FEE APPLICATION**

**COME NOW** the above-named debtor, by and through their attorney of record, and respectfully move the Court for approval of an additional legal fee of $5,375.00 and in connection herewith show unto the Court the following:

1. This case was filed on January 10, 2018.

2. The attorney has devoted 15 hours of billable time to this case at his agreed upon hourly rate of $275.00 for William S. Gardner. The legal assistants have devoted 9 hours of billable time at the agreed upon hourly rate of $125.00.

3. As a result, the attorney is attaching an itemized timesheet, identified as Exhibit A.

4. The undersigned believes that all of his time and the legal assistants' time has been both reasonable and necessary and otherwise required.

**WHEREFORE,** the attorney for the debtor respectfully prays of the Court as follows:

1. That the Court approve a fee of $5,375.00.

2. That movant have such other and further relief as the Court may deem just and proper.

This the 21st day of November 2018

*[signature]*

---

William S. Gardner
Gardner Law Offices, PLLC
Attorney for the Debtor
NC State Bar No. 32684
320-1 E. Graham St.
Shelby, NC 28150
Phone 704.600.6113
FAX 888.870.1644 / e-mail: billgardner@gardnerlawoffices.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
SHELBY DIVISION**

IN THE MATTER OF:

NAME:    THURMAN VASSEY TRUCKING, INC.    CHAPTER 11 NO. 18-40013

ADDRESS:    116 LAREN RD
SHELBY, NC 28152-0763

EIN:    20-2353568

DEBTOR(S).

---

**NOTICE OF OPPORTUNITY FOR HEARING
ON ADDITIONAL NON-BASE FEE APPLICATION**

**(No-Protest Notice: No Hearing Will Be Held
Unless Request For Hearing Is Filed)**

**TAKE NOTICE** that the attorney for the above-named debtors has filed papers with the United States Bankruptcy Court for the Western District of North Carolina for an additional non-base legal fee of $5,375.00. A copy of these paper(s) is included with this Notice or copied on the reverse side of this Notice.

<u>**YOUR RIGHTS MAY BE AFFECTED**</u>. **YOU SHOULD READ THESE PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY, IF YOU HAVE ONE IN THIS BANKRUPTCY CASE. IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE.**

**TAKE FURTHER NOTICE** that if you do not want the Court to grant the relief requested by the debtors in their motion, or if you want the Court to consider your views on the motion, then on or before the **6th day of December, 2018** you or your attorney must do three (3) things:

1. **File with the court a written response <u>requesting that the Court hold a hearing</u> and explaining your position. File the response at:**

   United States Bankruptcy Court
   Western District of North Carolina
   401 West Trade Street
   Charlotte, NC 28202

   If you mail your request to the Court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

2. **On or before the date stated above for written responses, you must also mail or fax a copy of your written request to:**

   William S. Gardner
   Gardner Law Offices
   Attorney for the Debtor

>320-1 East Graham Street
>Shelby, NC 28150
>
>and to:
>
>Bankruptcy Administrator
>402 W. Trade St., Room 200
>Charlotte, NC 28202-1664

3. **Attend the hearing scheduled for December 21st, 2018 at 10:30 a.m.** in Courtroom Number 5 at the Cleveland County Courthouse and Law Enforcement Center, 100 Justice Place, Shelby, North Carolina.

If you or your attorney do not take these steps, **A HEARING WILL NOT BE HELD**, and the Court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

This the 21st day of November 2018

*[signature]*

_____
William S. Gardner
Gardner Law Offices, PLLC
Attorney for the Debtor
NC State Bar No. 32684
320-1 E. Graham St.
Shelby, NC 28150
Phone 704.600.6113
FAX 888.870.1644 / e-mail: billgardner@gardnerlawoffices.com

## CERTIFICATE OF SERVICE

**WILLIAM S. GARDNER**, attorney for the debtor(s), hereby certifies to the Court as follows:
1.   I am not a party for the foregoing proceeding;
2.   I am not less than 18 years of age;
3.   I have this day served a copy of the foregoing **NOTICE OF OPPORTUNITY FOR HEARING ON MONTHLY FEE APPLICATION** on all parties in interest by placing the same in an envelope, first-class mail, postage prepaid, addressed to each person at his dwelling house or usual place of abode or to the place where he regularly conducts his business or profession as follows:

Thurman Vassey Trucking, Inc.
116 Laren Road
Shelby, NC 28152-0763

**And by Electronic Notification to:**

Bankruptcy Administrator
402 W. Trade St., Room 200
Charlotte, NC 28202-1664

4.   To the best of my knowledge, information and belief, the parties in interest are not infants or incompetent persons;

5.   Service as outlined herein was made within the United States of America.

This the 21st day of November 2018

_____
William S. Gardner
Gardner Law Offices, PLLC
Attorney for the Debtor
NC State Bar No. 32684
320-1 E. Graham St.
Shelby, NC 28150
Phone 704.600.6113
FAX 888.870.1644 / e-mail: billgardner@gardnerlawoffices.com

Itemized Timesheet Attached Hereto as Exhibit A