

FILED & JUDGMENT ENTERED
Steven T. Salata

December  14  2018

Clerk, U.S. Bankruptcy Court
Western District of North Carolina



_____
J. Craig Whitley
United States Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## SHELBY DIVISION

**IN THE MATTER OF:**

**NAME:**    **THURMAN VASSEY TRUCKING, INC.**    **CHAPTER 11 NO. 18-40013**

**ADDRESS:**    **116 LAREN RD**
                    **SHELBY, NC 28152-0763**

**EIN:**       **20-2353568**
                                      **DEBTOR(S).**
_____

### ORDER APPROVING ATTORNEY FOR DEBTOR FEE APPLICATION

      **THIS CAUSE** coming on to be heard, and being heard, before the undersigned Judge presiding over the United States Bankruptcy Court for the Western District of North Carolina, Shelby Division, pursuant to the attorney for debtor fee application filed by the debtor to approve attorney fees in the amount of  $5,375.00; and

      **IT APPEARING** to the undersigned that this court has jurisdiction over the parties and over the subject matter of this application; and

      **IT FURTHER APPEARING** to the undersigned that no parties have filed any timely objections or otherwise appeared in opposition to the said fee application and that the time for filing any such objection has expired; and

      **IT FURTHER APPEARING** to the undersigned that the attorney for the debtor is hereby awarded an attorney fee of  $5,375.00; and

**IT FURTHER APPEARING** to the undersigned that the debtor has such other and further relief as to the Court may seem just and proper.

**IT IS THEREFORE SO ORDERED.**

This Order has been signed                                      United States Bankruptcy Court
electronically.  The judge's
signature and court's seal
appear at the top of the Order