FILED & JUDGMENT ENTERED
Steven T. Salata

January 28 2019

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

J. Craig Whitley
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
SHELBY DIVISION

IN RE:                                )
                                      ) Case No.:    18-40013
THURMAN VASSEY TRUCKING, INC.,        )
                                      ) Chapter 11
             Debtor.                  )

## ORDER DISMISSING CASE

This cause coming on to be heard upon the *Motion for Order Requiring the Debtor to Cease Operations or to Dismiss Case* ("Motion") filed by the Office of the United States Bankruptcy Administrator for the Western District of North Carolina ("Bankruptcy Administrator"). A hearing on the Motion was held on January 25, 2019. The Court finds and orders as follows:

1. This is a Chapter 11 proceeding in which a voluntary petition was filed on January 10, 2018.

2. At the hearing held on January 25, 2019, William S. Gardner, counsel for the Debtor, represented that the Debtor did not oppose the Motion.

3. Cause exists to dismiss the Debtor's case pursuant to 11 U.S.C. § 1112(b).

Therefore, based upon the foregoing and the entire record in this case, it is hereby ORDERED that the Debtor's case is DISMISSED.

*This Order has been signed electronically.*                *United States Bankruptcy Court*
*The Judge's signature and Court's seal*
*appear at the top of the Order.*