| **Information to identify the case:** | |
|---|---|
| Debtor 1  **Thurman Vassey Trucking, Inc.**<br>First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _<br>EIN  **20–2353568** |
| Debtor 2<br>(Spouse, if filing)   First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Western District of North Carolina** | |
| Case number:  **18–40013** | |

# FINAL DECREE

The estate of the above named debtor has been fully administered.

IT IS ORDERED THAT:

- The chapter 11 case of the above named debtor is closed.

Dated: February 12, 2019
BY THE COURT


J. Craig Whitley

United States Bankruptcy Judge


Electronically filed and signed (2/12/19)